## GILHAM v. THE STATE.

No. 6872. DECEMBER 14, 1928.

*Branch & Howard* and *Claude D. Rowe,* for plaintiff in error.

*George M. Napier, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general, John H. Hudson,* and *J. W. LeCraw,* contra.

GILBERT, J. Will Gilham was convicted of murder. He moved for a new trial, which was refused, and he excepted. The motion is based solely upon the contention that the verdict is not supported by evidence. The evidence supports the verdict. The testimony of the accomplice was corroborated by facts and circumstances sufficient to authorize a jury to return a verdict of guilty.

*Judgment affirmed. All the Justices concur.*